Vincent **FLEWELLEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 50564.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 19, 1986.

Motion for Rehearing and/or
Transfer to Supreme Court
Denied Sept. 24, 1986.

Application to Transfer
Denied Nov. 18, 1986.

Ilene A. Goodman, St. Louis, for appellant.

William L. Webster, John M. Morris, Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from a judgment in which the trial court denied his Rule 27.26

motion. He alleged his guilty pleas to stealing from a person, § 570.030 RSMo. Cum.Supp.1984 (amended 1985 Supp.), and second degree robbery, § 569.030 RSMo. 1978, were involuntary because of ineffective assistance of counsel.

The judgment was not clearly erroneous. It is affirmed. Rule 84.16(b).